**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **BRENTON G. BUCHANNAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-193-SDJ-KPJ |
| | § | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | § § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties are scheduled to appear before U.S. District Judge Sean D. Jordan on May 26, 2023, at 2:00 p.m., for a Rule 16 Management Conference. *See* Dkt. 9. On May 2, 2023, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636. *See* Dkt. 10.

**IT IS ORDERED** that the Rule 16 Management Conference for this matter is hereby **RESET** to **June 7, 2023, at 1:00 p.m.** The parties shall appear in-person before the undersigned at the United States Courthouse, 7940 Preston Road, Courtroom 108, Plano, Texas 75024. Lead counsel for each party, with authority to bind their respective clients, shall be present.

So ORDERED and SIGNED this 3rd day of May, 2023.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE